IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MACK S. FRENCH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 106-194 |
| ) | |
| DONALD BARROW, Warden, and ) | |
| THURBERT BAKER, Attorney General of ) | |
| the State of Georgia, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent's Motion to Dismiss Thurbert E. Baker as an Improper Party (doc. no. 8) is **GRANTED**, and Attorney General Baker is **DISMISSED** from this case.

SO ORDERED this 25 day of June, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE