IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

MACK S. FRENCH,                    )
                                   )
        Petitioner,                )
                                   )
        v.                         )        CV 106-194
                                   )
DONALD BARROW, Warden,             )
                                   )
        Respondent.                )

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, the petition is **DENIED**, this civil action is **CLOSED**, and a final

judgment shall be **ENTERED** in favor of Respondent.

SO ORDERED this 1st day of July, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE